# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| :--- | :--- | :--- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Brian Paul Shook, | ) | Case No. 1:16-cr-215 |
| Defendant. | ) | |

Defendant was order detained following a hearing on September 13, 2016. His trial is currently scheduled for May 2, 2017.

On March 15, 2017, defendant filed a "Motion to Reconsider Order of Detention." Defendant advises that is wife is eight months pregnant, struggling financially, and needs assistance with child care. He requests to be released pending trial so that he can provide his wife with some emotional and financial support.

Although the court empathizes with defendant's wife, it is not inclined to release defendant to his residence at this time given his extensive criminal history and the seriousness of the offenses charged with which he is charged. And release to a residential facility is not a viable option at this time as there is a lengthy waiting list for such a placement and defendant's trial is a mere three weeks away. Defendant's motion for reconsideration (Docket No. 26) is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated this 11th day of April, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court